UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH L. HASKELL, | Case No. C10-1514-RSL-JPD |
| Plaintiff, | REPORT AND RECOMMENDATION |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 25.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that on remand, the Administrative Law Judge ("ALJ") shall conduct a de novo hearing. The ALJ shall make a new determination as to plaintiff's disability taking all evidence into account, and issue a new decision.

The parties further stipulate that, upon proper presentation, plaintiff is entitled to reasonable attorneys' fees and costs pursuant to 28 U.S.C. § 2412 *et seq*.

REPORT AND RECOMMENDATION
PAGE - 1

1    A proposed order accompanies this Report and Recommendation.

2    DATED this 25th day of April, 2011.

3    
    _____
4    JAMES P. DONOHUE
    United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2