UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SARAH L. HASKELL,

               Plaintiff,

       v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

               Defendant.

Case No. C10-1514-RSL

ORDER REVERSING AND REMANDING
CASE FOR FURTHER ADMINISTRATIVE
PROCEEDINGS

       The Court, after careful consideration of the plaintiff's complaint, the Report and

Recommendation of the Honorable James P. Donohue, and the balance of the record, does

hereby find and ORDER:

       (1)     The Court adopts the Report and Recommendation.

       (2)     The final decision of the Commissioner is REVERSED and the case is

REMANDED to the Social Security Administration for further administrative proceedings

consistent with the Report and Recommendation.

//

//

//

ORDER
PAGE - 1

(3)     The Clerk is directed to send copies of this Order to the parties and to Judge

Donohue.

DATED this 26th day of April, 2011.

*Robert S. Lasnik*

Robert S. Lasnik
United States District Judge